# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−15−40537−cec |
| Lamar Lester | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−7615 | |
| DEBTOR(s) | |

## INSTRUCTIONS TO CLERK REGARDING
## RENT CHECK RECEIVED PURSUANT TO § 362(l)(1)

Return this form to the Clerk of the Court at the above address

within 14 days of the date of the attached Notice of Compliance:

Check one of the following:

☐ _____[Landlord] consents to receive the rent check deposited with the Clerk of the Court ("Clerk") by the above−captioned debtor pursuant to § 362(l)(1) of the Bankruptcy Code. I/We understand that this DOES NOT prevent me from objecting to the debtor's First and/or Second Certifications (as defined in the attached Notice of Compliance).

The Clerk should send the rent check to the following address:

_____

_____

_____

☐ _____[Landlord] declines receipt of the rent check deposited with the Clerk by the above−captioned debtor pursuant to § 362(l)(1) of the Bankruptcy Code. I/We understand that the rent check will be returned to the debtor upon the Clerk's receipt of these Instructions.

Landlord's Signature:

Dated:

**BLinsrentck.jsp** [Instructions on Rent Check Received rev.12/1/09]