# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: cteutonic | Date Created: 2/12/2015 |
| Case: 1−15−40537−cec | Form ID: 276 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Michael J. Macco     ecf@maccosternlaw.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Lamar Lester     118−29 Guy R. Brewer Blvd     Jamaica, NY 11434
smg     Office of the United States Trustee     Eastern District of NY (Brooklyn Office)     U.S. Federal Office Building     201 Varick Street, Suite 1006     New York, NY 10014
8505507     Linda Seaberry     118−29 Guy R. Brewer Blvd     Jamaica NY 11434

TOTAL: 3